Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111-4003
Tel.: (415) 733-6000
Fax.: (415) 677-9041

Attorney for Defendant Bare Bottle Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BAREBOTTLE BREWING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARE BOTTLE CORPORATION, <br><br> Defendant. | Case No. 4:15-cv-02585-KAW <br><br> **SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> Courtroom: 4 (3rd Fl.) <br> Judge: Hon. Kandis A. Westmore |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

- Corey Miller - Shareholder
- Dennis Hartigan-O'Connor - Shareholder
- Chris Saylor - Shareholder
- Nik Ajagu - Investor

Dated:   July 10, 2015                                          Respectfully submitted,

**GOODWIN PROCTER LLP**

By: /s/ Rachel M. Walsh
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111-4003
Tel.:  (415) 733-6000
Fax.: (415) 677-9041

*Attorney for Defendant*

**PROOF OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2015.

/s/ Rachel M. Walsh
Rachel M. Walsh