Rachel M. Walsh (SBN 250568)
rwalsh@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2400
San Francisco, California 94111-4003
Tel.: (415) 733-6000
Fax.: (415) 677-9041

Attorney for BARE BOTTLE CORPORATION

Jimmie L. Williams (SBN 144691)
*jimmie@jwatlaw.com*
**LAW OFFICES OF JIMMIE L. WILLIAMS**
141 Alamo Ranch Road
Alamo, California 94507-2031
Tel.: (213) 361-9324
Fax.: (925) 552-6014

Attorney for Plaintiff
BAREBOTTLE BREWING COMPANY, INC.,
a California Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BAREBOTTLE BREWING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BARE BOTTLE CORPORATION,<br><br>Defendant. | Case No. 4:15-cv-02585-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom:  4 (3rd Fl.)<br>Judge:  Hon. Kandis A. Westmore |

1      Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Bare Bottle Corporation ("Bare Bottle") and Plaintiff Barebottle Brewing Company, Inc. ("Barebottle Brewing"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Barebottle Brewing served its Complaint on June 18, 2015;

WHEREAS, BareBottle and Bare Bottle Brewing stipulated, pursuant to Local Rule 6-1, to an initial extension to respond to the Complaint of August 10, 2015;

WHEREAS, Bare Bottle has requested and Barebottle Brewing has consented to an additional 15 days for Bare Bottle's answer or response to Barebottle Brewing's complaint;

WHEREAS, an additional 15 days for Bare Bottle's answer or response to Barebottle Brewing's Complaint will alter the previous stipulated-to deadline to respond to the Complaint;

WHEREAS, the additional extension will extend the time to respond to the Complaint past the date for the parties to file their ADR Certification and meet and confer on their initial disclosures;

WHEREAS, given this extension, the parties also request an extension of the Initial Case Management Conference, which is presently set for September 8, 2015, until November 10, 2015;

WHEREAS, the parties have generally agreed on the parameters of a settlement, and, thus, there is a reasonably strong likelihood that the parties will reach a settlement over the course of the next 15 days.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Bare Bottle shall answer or otherwise respond to Barebottle Brewing's Complaint by August 25, 2015.

Dated: August 10, 2015                    Respectfully submitted,

By: /s/ Rachel M. Walsh
    Rachel M. Walsh (SBN 250568)
    GOODWIN PROCTER LLP
    Three Embarcadero Center
    24th Floor
    San Francisco, California 94111
    Tel.:  415.733.6000
    Fax.:  415.677.9041

*Attorney for Defendant*

1 | Dated: August 10, 2015              Respectfully submitted,

By: /s/ Jimmie L. Williams
     Jimmie L. Williams (SBN 144691)
     LAW OFFICES OF JIMMIE L. WILLIAMS
     141 Alamo Ranch Road
     Alamo, CA 94507-2031
     Tel.: (213) 361-9327
     Fax.: (925) 552-6014

*Attorney for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/10/15

*Kandis Westmore* (signature)
Hon. Kandis A. Westmore
United States Magistrate Judge

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatory indicated by the conformed signature (/s/) of Jimmie L. Williams.

/s/ Rachel M. Walsh
Rachel M. Walsh

**CERTIFICATE OF SERVICE**

I, Rachel M. Walsh, hereby certify that on August 10, 2015, a true copy of the foregoing Stipulation to Extend Time to Respond to Complaint was served by Notice of Electronic Filing (NEF) upon all other counsel of record in this action.

August 10, 2015                                                  /s/ Rachel M. Walsh
                                                                 Rachel M. Walsh