Jimmie L. Williams, State Bar No. 144691
jimmie@jwatlaw.com
LAW OFFICES OF JIMMIE L. WILLIAMS
141 Alamo Ranch Road
Alamo, California 94507-2031
Telephone: (213) 361-9327
Facsimile: (925) 552-6014

Attorneys for Plaintiff
BAREBOTTLE BREWING COMPANY, INC., A California corporation,

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| BAREBOTTLE BREWING COMPANY, INC., A California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAREBOTTLE CORPORATION, A Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 4:15-cv-02585-KAW<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that the Plaintiff BAREBOTTLE BREWING COMPANY, INC., A California Corporation, (referred to herein as "Plaintiff") hereby dismisses its' complaint in this action, with prejudice, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i)*. Each party shall bear their own costs.

DATED: August 25, 2015          LAW OFFICES OF JIMMIE L. WILLIAMS

By /s/ Jimmie L. Williams
    JIMMIE L. WILLIAMS
    Attorney for Plaintiff
    BAREBOTTLE BREWING COMPANY, INC.

| Re: | *BareBottle Brewing Co., Inc. v. Bare Bottle Corporation* |
|---|---|
| Court: | U.S.D.C., Northern District of California |
| Action No: | 4:15-cv-02585-KAW |

# PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Law Offices of Jimmie L. Williams whose business address is 141 Alamo Ranch Road, Alamo, California 94507.

On August 25, 2015, I served the following document(s) in the following manner(s):

**PLAINTIFF'S NOTICE OF DISMISSAL**

☐     **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon on the date and place shown below following ordinary business practice. I am familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐     **BY PERSONAL SERVICE:** By causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth on the attached service list.

☐     **BY FACSIMILE:** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

☒     **(CM/ECF):** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send electronic notification of such filing to interested parties in this action.

Rachel M. Walsh (SBN 250568)
rwalsh@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111-4003
Tel.: (415) 733-6000
Fax.: (415) 677-9041

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:     August 25, 2015            /s/ Jimmie L. Williams

                                                                             Jimmie L. Williams